UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 17-9182-GW (KS)                                             Date: March 30, 2018

Title   *James E. Keener v. Rancho Simi Recreation and Park District, et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings: (INCHAMBERS)  ORDER VACATING HEARING AND SETTING BRIEFING SCHEDULE**

On December 22, 2017, Plaintiff, proceeding *pro se*, filed a civil rights complaint. (Dkt. No. 1.) On February 15, 2018, pursuant to the parties' stipulation, Plaintiff filed the operative First Amended Complaint ("FAC"), asserting nine causes of action, including claims of civil rights violations under 42 U.S.C. § 1983, violations of California's Bane Act (Cal. Civ. C. § 52.1), assault, battery, false arrest, false imprisonment, intentional infliction of emotional distress, and negligence, against the Rancho Simi Recreation and Park District; Richard Ackerman, a park ranger; Sheldon Kaminsky, a park ranger; Jerry Derosa, a supervising ranger; Larry Peterson as District Manager; Jean McCormick, a park employee; and the Rancho Simi Recreation and Park District Board of Directors (together, "Defendants"). (Dkt. Nos. 30, 31.)

The Court is now in receipt of a Motion to Dismiss the first, second, third, and seventh causes of action of the FAC filed by Defendants pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) for failure to state a claim (the "Motion"). (Dkt. No. 38.) Defendants set the Motion for hearing on April 30, 2018.

Pursuant to Local Rule 7-15, the Court will dispense with oral argument on the Motion. Therefore, **IT IS ORDERED** that the April 30, 2018 hearing is **VACATED** and the following briefing schedule governs the Motion:  (1) Plaintiff shall file and serve his Opposition **no later**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 17-9182-GW (KS)                                             Date: March 30, 2018

Title    *James E. Keener v. Rancho Simi Recreation and Park District, et al.*

**than April 29, 2018**; and (2) Defendants shall file any Reply **no later than 14 days** after their receipt of the Opposition.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | rhw |