James E. Keener, Pro Se
4100 Lenox Park Dr.
Buford, GA 30519
951-239-6897
keener.v.rsrpd@icloud.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| JAMES E. KEENER, et al )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>RANCHO SIMI RECREATION AND )<br>PARK DISTRICT et al )<br> )<br>    Defendants. )<br>_____ ) | Case No: 2:17-CV-09182-GW(KS)<br><br>**DECLARATION OF JAMES E. KEENER IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>DATE: Taken Under Submission<br>TIME:<br>JUDGE: HON. K.L. Stevenson<br>COURTROOM: |

1

## **DECLARATION OF JAMES E. KEENER**

1. I, James E. Keener, declare as follows:

2. I am the Plaintiff in the above entitled action.

3. I have personal knowledge of all facts stated in this declaration, and if called upon to testify, I could and would testify competently thereto.

4. On or about December 6, 2017, I obtained a copy of Rancho Simi Recreation and Park District's "Park Ranger Operational Procedures" manual from Theresa Pennington, Director of Administration for the district, via a California Public Records Act request. True and correct copies of the manual excerpts are attached to Plaintiff's Request for Judicial Notice as Exhibit C.

5. On or about January 6, 2018, I obtained a copy of Rancho Simi Recreation and Park District's "Strathearn Park Event Guidelines for Rangers" from Theresa Pennington, Director of Administration for the district, via a California Public Records Act request. A true and correct copy of the guidelines is attached to Plaintiff's Request for Judicial Notice as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 10, 2018.

/s/ James E. Keener
James E. Keener, *Pro Se*