UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 17-9182-GW (KS)                              Date: July 3, 2019

Title   *James E. Keener v. Rancho Simi Recreation and Park District, et al*


Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  |
|---|---|
|  Deputy Clerk  | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:


**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 22, 2017, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. No. 1.) On February 15, 2018, Plaintiff filed the operative First Amended Complaint ("FAC"). (Dkt. Nos. 30, 31.) The FAC asserts claims for civil rights violations under 42 U.S.C. § 1983, violations of California's Bane Act (CAL. CIV. CODE § 52.1), assault, battery, false arrest, false imprisonment, intentional infliction of emotional distress, and negligence against multiple defendants ("Defendants"). (*Id.*) On March 29, 2018, Defendants filed a Notice of Motion and Motion to Dismiss the First Amended Complaint (the "Motion"). (Dkt. No. 38.) On July 23, 2018, after the Motion was fully briefed, Magistrate Judge Karen L. Stevenson issued a Report and Recommendation. (Dkt. No. 45.) On May 13, 2019, District Judge George H. Wu issued an Order Accepting Interim Report and Recommendation granting the Motion in part, dismissing various claims, and ordereing Plaintiff to file a Second Amended Complaint no later than June 12, 2019. (Dkt. No. 46.)

Two weeks have now passed since Plaintiff's Second Amended Complaint was due, and Plaintiff has filed neither a Second Amended Complaint nor a Notice of Voluntary Dismissal.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's prior orders.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before August 2, 2019**, why the Court should not recommend that this action be dismissed for

failure to prosecute.  Plaintiff may discharge this Order by filing: (1) a request for an extension of time to file a Second Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's prior orders; or (2) a Second Amended Complaint that complies with Judge Wu's May 13, 2019 Order.  Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss this action without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

**Plaintiff is advised that the failure to respond to this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

The Clerk is directed to send Plaintiff a copy of the Central District's form Notice of Voluntary Dismissal (CV-09) and a copy of the Court's May 13, 2019 Order (Dkt. No. 46).

**IT IS SO ORDERED.**

:

**Initials of Preparer**   gr